No. 210.   MANUFACTURERS TRUST CO. ET AL. *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.;

No. 211.   ENDELMAN ET AL. *v.* PRUDENCE-BONDS CORP. ET AL.;

No. 214.   KELBY, TRUSTEE, *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.;

No. 259.   PRUDENCE REALIZATION CORP. *v.* PRUDENCE-BONDS CORP.; and

No. 273.   DAVISON *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.   January 13, 1941.   *Per Curiam:* The petitions for writs of

certiorari are granted and the judgment is reversed on the authority of *Reconstruction Finance Corp.* v. *Prudence Securities Advisory Group,* 311 U. S. 579. *Messrs. Dan Gordon Judge, John Ross Delafield, Edwin De T. Bechtel, Ralph W. Crolly,* and *Emery H. Sykes* for petitioners in No. 210. *Messrs. Jacob A. Freedman* and *Edward Endelman* for petitioners in No. 211. *Mr. Charles A. Frueauff* for petitioner in No. 214. *Mr. Irving L. Schanzer* for petitioner in No. 259. *Mr. Alfred T. Davison pro se,* in No. 273.